AO 93 (Rev. 11/13) Search and Seizure Warrant

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

By /s/
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>6520 28th Avenue South<br>Seattle, Washington | )<br>)<br>)  Case No.  MJ19-342<br>)<br>)<br>) |

FILED ___ LODGED ___
ENTERED ___ RECEIVED ___

AUG 15 2019   GT

CLERK U.S. DISTRICT COURT AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location):*

6520 28th Avenue South, Seattle, Washington, further described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____August 9, 2019____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____any U.S. Magistrate Judge in West. Dist. of Washington____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _July 26, 2019_ _3:32 pm_   _/s/ Judge's signature_

City and state: _Seattle, Washington_   _United States Magistrate Judge Mary Alice Theiler_
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 288A-SE-3142461 | 7/29/19  6:00 AM | At 6520 28th Ave S, Seattle, WA |

Inventory made in the presence of :
— (Subject taken into custody)

Inventory of the property taken and name of any person(s) seized:

See attached evidence log

Aug. 16, 2019 [signature]

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/15/19

_____
Executing officer's signature

SA Joel Martini
_____
Printed name and title

FD-597 (Rev. 4-13-2015)  Page 1 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/ Released/Seized

Case ID: 288A-SE-3142461

On (date) Monday, July 29, 19  item(s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returnd To
- ☐ Released To

(Name) Paige Adele Thompson

(Address) 6520 28th AVE S, Seattle, WA

Description of Item(s):

| # | Description |
|---|---|
| 1 | Dell Laptop S/N:JKQKJM2 with power cord |
| 2 | iPhone black cracks on the backside of phone with power cord |
| 3 | USB Thumb Drive Black |
| 4 | Samsung Galaxy S8+ S/N: R28J60WNBWT |
| 5 | Bushmaster Model: XM15-E25 SN: L43513C Caliber: 223 |
| 6 | ATI Model: GSG-5 SN: A438065 Caliber: 22 |
| 7 | Foregrip accessory for Item #6 |
| 8 | ATI Model: GSG-5 SN: A331021 Caliber: 22 |
| 9 | TG Knox Model: PPK-Dragonov SN: KRO094 Caliber: 762 by 54R |
| 10 | Scope Accessory for Item #9 |
| 11 | Steyr-Mannlicher Model: Aug SN: 909USR637 Caliber: 223 |
| 12 | Anderson MFG Model: AM-15 SN: 14090370 Caliber: 223-556 |
| 13 | Black Scope Accessory to Item #12 |
| 14 | FN Herstal Model: PS90 SN: FN092503 Caliber: 5.7 x28 |
| 15 | 5.7mm ammo Magazine Accessory to Item #14 |
| 16 | Red Dot Precision Scope Accessory to Item #14 |
| 17 | Century Arms Model: R1A1 Sporter SN: CA33130 Caliber: 308 |
| 18 | Black Scope Accessory to Item #17 |
| 19 | AR Upper Accessory for Caliber 556 |
| 20 | Lower Receiver Accessory |
| 21 | Bump stock Accessory |
| 22 | Bump stock Accessory |
| 23 | FN Model: FNS-40 SN: GRU0004153 Caliber: 40 |
| 24 | Keltec Model: PF-9 SN: 52497 Caliber: 9mm |
| 25 | SIG-SAUER Model: P226 SN: U591698 Caliber: 226 |

Received By: _[signature]_  (Signature)

Received From: _____ (Signature)

Printed Name/Title: Jared Brown / Special Agent

Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)                      Page 2 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/ Released/Seized

Case ID: 288A-SE-3142461

On (date) Monday, July 29, 19    item(s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returnd To
- ☐ Released To

(Name) Paige Adele Thompson

(Address) 6520 28th AVE S, Seattle, WA

Description of Item(s):

| # | Description |
|---|---|
| 26 | Laser Sight Accessory to Item #25 |
| 27 | SIG-SAUER Model: P228 SN: B304183 Calliber: 228 |
| 28 | 37mm Flare Launcher |
| 29 | Magazine with .22 calliber bullets |
| 30 | Upper Receiver Model: P226 in black case |
| 31 | 37mm Flare Launcher |
| 32 | Miscellaneous Magazines and Aummunition in Clear Case |
| 33 | Four Steno Notebooks |
| 34 | HP Pavillion Laptop Notebook Model: 17-0124d6 SN: 5CD537480Z |
| 35 | One CD Titled "Millie Thompson #N3615-A Blue Pearl Seattle 6616" |
| 36 | Miscellaneous Notes |
| 37 | Magazine |
| 38 | Various Ammo and Magazines |
| 39 | Various Ammo and Magazines |
| 40 | Various Ammo and Magazines |
| 41 | Green Ammo cases with miscellaneous ammo |
| 42 | Green Ammo cases with miscellaneous ammo |
| 43 | Three bottles of pyrodex |
| 44 | Xfinity Bill and Farmer's Insurance Bill |
| 45 | Samsung Tablet IMEI: 3564250708 |
| 46 | Black CD case containing 28 CDs |
| 47 | Old Republic Title Binder containing housing and purchasing information |
| 48 | hp purple laptop SN: 5CD7036VDV |
| 49 | Blue Samsung Cellphone without battery Model: SCH-S738C |
| 50 | Cisco Network Switch with Ethernet Cables |
| 51 | White Desktop Computer Custom Built |

Received By: _Jared Brown_ (Signature)      Received From: _____ (Signature)

Printed Name/Title: Jared Brown / Special Agent      Printed Name/Title: _____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/ Released/Seized

Case ID: 288A-SE-3142461

On (date) Monday, July 29, 19   item(s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returnd To
- ☐ Released To

(Name) Paige Adele Thompson

(Address) 6520 28th AVE S, Seattle, WA

Description of Item(s):

52  Microlux external storage device
53
54
55
56
57
58
59
60
61
62
63
64
65
66
67
68
69
70
71
72
73
74
75

Received By: _Jared Brown_ (Signature)   Received From: _____ (Signature)

76
77

Printed Name/Title: Jared Brown / Special Agent   Printed Name/Title: _____

# ATTACHMENT A
## LOCATION TO BE SEARCHED

The SUBJECT RESIDENCE, depicted in the photograph below, is located at 6520 28th Avenue South, Seattle, Washington, and is a grey one-story house with a partial brick facade on the front, and white window frames and eaves. The number 6520 appears to the right side of the front door.



ATTACHMENT A - 1
USAO# 2019R00675

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT B
## ITEMS TO BE SEIZED

The following records, documents, files, or materials, in whatever form, including handmade or mechanical form (such as printed, written, handwritten, or typed); photocopies or other photographic form; and electrical, electronic, and magnetic form (such as tapes, cassettes, hard disks, floppy disks, diskettes, compact discs, CD-ROMs, DVDs, optical discs, Zip cartridges, printer buffers, smart cards, or electronic notebooks, or any other electronic storage medium) that constitute evidence, instrumentalities, or fruits of violations of 18 U.S.C. § 1030(a)(2) and (5) for the period from January 1, 2019, to the present:

1. All records relating to any intrusion into servers rented, leased, or contracted by Capital One Financial Corporation ("Capital One") from Amazon.com, Inc. ("Amazon"), or to the exfiltration or theft of data from such servers.

2. All records (including file structures as well as credit card applications, tax returns and bank account information) exfiltrated or stolen from Capital One.

3. All credit card applications, tax returns and bank account information of any person other than (a) Paige Thompson, (b) any other resident of the SUBJECT RESIDENCE, or (c) any family member of either Paige Thompson or any other resident of the SUBJECT RESIDENCE.

4. All records relating to the use of a GitHub account in the name paigeadelethompson.

5. All records relating to the use of IPredator or the TOR network.

6. All records evidencing the use of the nickname or identity "paigeadelethompson."

7. All records relating to the use or, or access to the following services: Twitter, Slack, GitLab, and Meetup.

8. All records evidencing the use of the nickname or identity "erratic."

9. All records relating to Capital One.

ATTACHMENT B - 1
USAO# 2019R00675

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

10. All records relating to Amazon, including to any prior employment at Amazon.

11. All records relating to any intrusion into the servers of any company, educational institution, or governmental entity, at Amazon or elsewhere, or to the exfiltration or theft of data from such servers.

12. All computers, notebook computers, laptop computers, and electronic storage media and/or their components, which include:

    a. Any digital device or other electronic storage media capable of being used to commit, further, or store evidence of the offenses listed above;

    b. Any digital devices or other electronic storage media used to facilitate the transmission, creation, display, encoding or storage of data, including word processing equipment, modems, docking stations, monitors, cameras, printers, plotters, encryption devices, and optical scanners;

    c. Any magnetic, electronic or optical storage device capable of storing data, such as floppy disks, hard disks, tapes, CD-ROMs, CD-R, CD-RWs, DVDs, optical disks, printer or memory buffers, smart cards, PC cards, memory calculators, electronic dialers, electronic notebooks, and personal digital assistants;

    d. Any documentation, operating logs and reference manuals regarding the operation of the digital device or other electronic storage media or software;

    e. Any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the computer hardware, storage devices, or data to be searched;

    f. Any physical keys, encryption devices, dongles and similar physical items that are necessary to gain access to the computer equipment, storage devices or data; and

    g. Any passwords, password files, test keys, encryption codes or other information necessary to access the computer equipment, storage devices or data.

13. Any digital devices or electronic storage media that were or may have been used as a means to commit the offenses described on the warrant, including computer fraud/hacking in violation of 18 U.S.C. § 1030(a)(2) and (5).

14. For any digital device or other electronic storage media upon which electronically stored information that is called for by this warrant may be

ATTACHMENT B - 2
USAO# 2019R00675

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

contained, or that may contain things otherwise called for by this warrant:

   a. evidence of who used, owned, or controlled the digital device or other electronic storage media at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

   b. evidence of software that would allow others to control the digital device or other electronic storage media, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

   c. evidence of the lack of such malicious software;

   d. evidence of the attachment to the digital device of other storage devices or similar containers for electronic evidence;

   e. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the digital device or other electronic storage media;

   f. evidence of the times the digital device or other electronic storage media was used;

   g. passwords, encryption keys, and other access devices that may be necessary to access the digital device or other electronic storage media;

   h. documentation and manuals that may be necessary to access the digital device or other electronic storage media or to conduct a forensic examination of the digital device or other electronic storage media; and

   i. contextual information necessary to understand the evidence described in this attachment.

15. Records and things evidencing communication with an Internet Protocol address controlled by IPredator or with the TOR network:

   a. routers, modems, and network equipment used to connect computers to the Internet;

   b. records of Internet Protocol addresses used and connected to;

   c. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the

ATTACHMENT B - 3
USAO# 2019R00675

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

user entered into any Internet search engine, and records of user-typed web addresses.

THE SEIZURE OF DIGITAL DEVICES OR OTHER ELECTRONIC STORAGE MEDIA AND/OR THEIR COMPONENTS AS SET FORTH HEREIN IS SPECIFICALLY AUTHORIZED BY THIS SEARCH WARRANT, NOT ONLY TO THE EXTENT THAT SUCH DIGITAL DEVICES OR OTHER ELECTRONIC STORAGE MEDIA CONSTITUTE INSTRUMENTALITIES OF THE CRIMINAL ACTIVITY DESCRIBED ABOVE, BUT ALSO FOR THE PURPOSE OF THE CONDUCTING OFF-SITE EXAMINATIONS OF THEIR CONTENTS FOR EVIDENCE, INSTRUMENTALITIES, OR FRUITS OF THE AFOREMENTIONED CRIMES.

THIS WARRANT AUTHORIZES THE SEIZURE OF DIGITAL DEVICES AND OTHER ELECTRONIC STORAGE MEDIA FOUND IN THE SUBJECT RESIDENCE THAT APPEAR TO BE OWNED, AND PREDOMINANTLY USED, BY A PERSON OTHER THAN PAIGE THOMPSON, BUT IT DOES NOT AUTHORIZE THE FURTHER SEARCH OF THOSE DEVICES (WHICH SHALL REQUIRE THE ISSUANCE OF A FURTHER SEARCH WARRANT AUTHORIZING SUCH ACTUAL SEARCH).

ATTACHMENT B - 4
USAO# 2019R00675

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970